UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN COXON,
    Plaintiff,

v.                                        Case No.: 3:23cv24703/MCR/ZCB

UNITED STATES ATTORNEYS,
et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). On January 23, 2024, the Court ordered Plaintiff to file an amended civil rights complaint within twenty-one days. (Doc. 14). The Court directed the Clerk of Court to send Plaintiff the complaint form and notified Plaintiff that his failure to comply with an order of the Court would result in a recommendation of dismissal. (*Id.* at 4).

Plaintiff did not file an amended complaint by the deadline. Therefore, on February 21, 2024, the Court issued an order giving Plaintiff fourteen days to show cause why this case should not be dismissed for his failure to comply with a Court order. (Doc. 18). The

1

Court notified Plaintiff that his failure to show cause would result in a recommendation of dismissal. (*Id.*). The deadline for compliance with the show cause order has passed, and Plaintiff has not responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.[1] *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal if a "party fails to comply with an applicable rule or a court order"); *see also Duong Thanh Ho v. Costello*, 757 F. App'x 912, 914-15 (11th Cir. 2018) (affirming dismissal where pro se plaintiff failed to file an amended complaint as directed).

At Pensacola, Florida, this 14th day of March 2024.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

---

[1] It appears Plaintiff's case is also subject to dismissal for his failure to keep the Court apprised of his current address because at least three Court orders have been returned as undeliverable. (*See* Docs. 6, 12, 15). *See Gilbert v. Daniels*, 725 F. App'x 789, 792 (11th Cir. 2018) (affirming dismissal where the plaintiff failed to keep the court apprised of his current address); *McDowell v. Ham*, No. 5:09cv31/MCR/MD, 2010 WL 1417723, at *2 (N.D. Fla. Mar. 3, 2010), *adopted by*, 2010 WL 1417720 (N.D. Fla. Apr. 7, 2010) (dismissing case because the plaintiff had been on notice of his duty to advise the court of any change in his mailing address and had failed to do so).

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.